**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6155**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

SHELTON JAMAAL JONES, a/k/a 300,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:17-cr-00286-D-1)

───────────

Submitted:  November 21, 2023             Decided:  November 28, 2023

───────────

Before WILKINSON and NIEMEYER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Shelton Jamaal Jones, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Shelton Jamaal Jones appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Jones*, No. 5:17-cr-00286-D-1 (E.D.N.C. Feb. 9, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*